# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE H. BAYER,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:13-1900** |
| v. | : | (MANNION, D.J.) |
| | | (SCHWAB, M.J.) |
| **POCONO MEDICAL CENTER,** | : | |
| **et al.,** | | |
| | : | |
| **Defendants** | | |
| | : | |

# O R D E R

In light of the memorandum issued in the above-captioned matter this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Schwab, **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the motion to dismiss the plaintiff's complaint filed on behalf of defendants Pocono Medical Center, Pocono Medical Center Behavioral Health Unit and Ann McDonald, **(Doc. 12)**, is **GRANTED** for the plaintiff's failure to state a federal claim upon which relief can be granted;

**(3)** the plaintiff's amended complaint, **(Doc. 10)**, is **DISMISSED** *sua sponte* pursuant to 28 U.S.C. §1915(e)(2)(ii) with

respect to the remaining defendants for the plaintiff's failure to state a federal claim upon which relief can be granted;

**(4)** as all federal claims have been dismissed, the court declines to exercise supplemental jurisdiction over the plaintiff's state law claim for medical malpractice; and

**(5)** the Clerk of Court is directed to **MARK THIS CASE CLOSED**.

*s/Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date:  July 23, 2014
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1900-01.ORDER.wpd